1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12   RAMON ROBLES,                    ) Case No. CV 12-3406 DOC (MRW)
13                    Petitioner,     )
14            vs.                     ) JUDGMENT
                                      )
15   WARDEN McDONALD,                 )
                                      )
16                    Respondent.     )
                                      )
17   _____ )
18
         Pursuant to this Court's Order,
19
         IT IS ADJUDGED that the petition is denied and this action is dismissed
20
     with prejudice.
21
22   DATE: January 18, 2013
23                                    _____
                                      HON. DAVID O. CARTER
24                                    UNITED STATES DISTRICT JUDGE
25
26
27
28